**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00190-CV

**GOLF CLUB AT TWIN CREEKS BEVERAGE, INC.
D/B/A TWIN CREEKS GOLF CLUB, Appellant**

**V.**

**SEUNG YOUN KANG, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03709-2011**

## ORDER

We **GRANT** appellant's April 22, 2014 unopposed motion for an extension of time to file a brief. Appellant shall file its brief on or before June 2, 2014.

/s/     ADA BROWN
          JUSTICE